537-07/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PHOENIX BULK CARRIERS LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHOENIX BULK CARRIERS LTD,

                Plaintiff,

  - against –

UNICARBON LIMITED and
DYNACOAL LIMITED,,

                Defendant.
------------------------------------------------------------x

07 CV

**RULE 7.1 STATEMENT**

Plaintiff PHOENIX BULK CARRIERS LTD. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 16, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              PHOENIX BULK CARRIERS LTD

                       By: _____
                              Peter J. Gutowski (PG 2200)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 fax

NYDOCS1/294068.1