LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*¤
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT††

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
¤ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED**


RECEIVED DEC 19 2007 RICHARD M. BERMAN U.S.D.J.

## FAX TRANSMISSION

December 19, 2007

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-6717

Attn: Christine Murray
Courtroom Deputy Clerk

Total No. of Pages:
Our Ref: 537-07/PJG

Adjourned to 2/11/08
@ 9:15 AM

SO ORDERED:
12/19/07  Richard M. Berman, U.S.D.J.

Re: Phoenix Bulk Carriers v. [...]
07 Civ. 10404

Dear Ms. Machado,

We write to request an adjournment of the initial conference scheduled for tomorrow in the captioned action, and apologize for the late submission of this request. I just realized the conference was on and note that the Court's individual rules require 48 hours notice. Notwithstanding, would it be possible for you to consider an adjournment under the circumstances of this case, the details of which I set forth below.

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.
NYDOCS1/295840.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2007

12/19/07 WED 14:55 [TX/RX NO 8009]

December 19, 2007
Page 2

    Very briefly, this is a maritime case which involves an attachment under Rule B. Only a relatively small sum has been restrained to date and we continue to serve the Process. To the extent funds are frozen, the action would not proceed here on the merits because the claim is subject to London arbitration. Under these circumstances, I would respectfully submit that there is not much that could be accomplished at the conference tomorrow and if at all possible, we would be grateful if it could be adjourned, say, to some time in late January or early February and we should have a better idea as to where we stand in respect to the attachment.

    My sincere thanks to you for considering this application and again my apologies for not getting this to you yesterday.

                                    Respectfully submitted,
                                    FREEHILL HOGAN & MAHAR

                                    Peter J. Gutowski

PJG:mjg

NYDOCS1/295840.1