**MEMO ENDORSED**

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

*It would be helpful to have an affidavit in support along with citations.*

SO ORDERED:
Date: 12/21/07

Richard M. Berman, U.S.D.J.

RECEIVED
DEC 21 2007
CHAMBERS OF
RICHARD M BERMAN
USDJ

December 21, 2007

Our Ref: 537-07/PJG

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

Re:   Phoenix Bulk Phoenix Bulk Carriers v. Unicarbon et. al.
      07 Civ. 10404 (RMB)

-------------------------------------------------------------------

Dear Judge Berman,

    We represent the Plaintiff in the captioned action which involves a claim for breach of charter. We apologize to the Court for submitting this application to the Court the Friday before a long weekend, but the vagaries of shipping sometimes make timing difficult, and this is one of those situations. In this regard, the purpose in our writing is to make application to the Court for an amendment to the Process of Attachment so as to capture a freight payment which we understand is being made by the Defendants in connection with a charter of the BRIGHT ZHEJIANG.

    By way of background, and as outlined above, this case involves a breach of charter relating to the non-performance of a contract of affreightment. To date, a modest sum has been restrained, but no further transfers have been identified by any of the garnishee banks.

*PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.*

NYDOCS1/295986.1

We have just been advised, however, that the vessel BRIGHT ZHEJIANG has been chartered to the Defendant Dynacoal for the carriage of a cargo of coal from North China to Turkey, the base of operations from which the Defendants import coal for the Enerji Maden group of companies (of which the Defendants act in the capacity as the transportation arm). Inasmuch the Defendants may be effecting the payment of freight through another name in order to circumvent the Court's Order, we write to seek an amendment to the Order of Attachment so as to identify the freight payment itself in connection with Dynacoal's charter of this vessel as an asset which would be subject to the attachment. In this way, even if the Defendants were to leave their names off the transfer as the party initiating the payment, the payment would nevertheless be captured because the vessel (for which the payment is being made) would be identified in the Process thereby giving the garnishees sufficient information to restrain the transfer.

Provided this application meets with the Court's approval, we have prepared an Order directing the clerk to issue an Amended Process which is substantially identical to the original one issued by the Court but with the additional identification of this particular transaction involving the payment of freight on the vessel BRIGHT ZHEJIANG.

We appreciate the Court's attention to the foregoing.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg
Encl.