537-07/PJG/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PHOENIX BULK CARRIERS LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHOENIX BULK CARRIERS LTD.,

                      Plaintiff,

-against –

UNICARBON LIMITED and
DYNACOAL LIMITED,

                      Defendants.
------------------------------------------------------------x

07 CV 10404 (RMB)

**ORDER DIRECTING CLERK
TO ISSUE AMENDED PROCESS
OF MARITIME ATTACHMENT
AND GARNISHMENT**

Upon consideration of the application of the Plaintiff for an amendment to the Process of Attachment previously issued in this action; and

The Court having found that the circumstances warrant issuance of an amended Process of Attachment;

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby **O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Amended Process of Maritime Attachment and Garnishment in the form annexed hereto for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any transfer of freight in connection with the vessel "BRIGHT ZHEJIANG" and any property of the Defendants (hereinafter "ASSETS"), as may be held, received or transferred in its own

NYDOCS1/295991.1

name or for its benefit at, moving through, or within the possession, custody or control of banking institutions and/or other institutions or such other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, up to the total amount of **$1,088,909.14** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendant, as identified in the Verified Complaint and as specified in the Process; and

**IT IS FURTHER O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and all prior orders regarding service and the method and/or methodology under which service can be made to remain in full force and effect.

Dated: December 21, 2007
New York, New York

*Richard M. Berman*

――――――――――――――――――
U.S.D.J.