Richard A. Zimmerman, Esq.
Attorney for Interested Party
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| **PHOENIX BULK CARRIERS LTD.,** | ECF CASE |
| Plaintiff, | |
| | 07 Civ. 10404 (RMB) |
| -against- | |
| **UNICARBON LIMITED and DYNACOAL LIMITED,** | NOTICE OF APPEARANCE ON BEHALF OF |
| Defendants. | <u>INTERESTED PARTY</u> |

-------------------------------------------------------x

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for the non-party, interested party **GLOBAL COAL TRADING CO. LIMITED.**

   I certify that I am admitted to practice in this court.

Dated:   New York, New York
         February 4, 2008

                    <u>/s/ Richard A. Zimmerman</u>
                    Richard A. Zimmerman (RZ-0963)
                    Attorney for Defendants
                    233 Broadway, Suite 2202
                    New York, NY 10279
                    (212) 962-1818
                    (240) 218-6456