GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS*
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/08

MEMO ENDORSED

RECEIVED JUL 29 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

July 29, 2008

Our Ref: 537-07/PJG

BY HAND

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:    Phoenix Bulk Carriers
       v. Unicarbo and Dynacom
       07 Civ. 10404 (RMB)

07CV10404

[Handwritten endorsement: Status conference on 9/23/08 @ 9:00
SO ORDERED: 7/30/08 Richard M. Berman, U.S.D.J.]

Dear Judge Berman,

We represent the Plaintiff in the captioned action and write to provide the Court with a brief status report on the matter.

By way of background, the claim involves a breach of charter and attachment was issued pursuant to Rule B seeking security for the claim. There was a challenge raised to that attachment which was denied earlier this year. The claim on the merits is being prosecuted in London Arbitration and we are advised by the clients that settlement negotiations are underway regarding a possible overall resolution. We are awaiting word on whether the claim will be resolved on an amicable basis, and if so, it would enable us to dismiss the action in New York.

NYDOCS1/309518.1

July 29, 2008
Page 2

      Provided the Court has no objection, we would propose to report to the Court again on the status of the matter no later than the end of September, 2008 should the matter not be resolved and dismissed in the interim.

      We appreciate the Court's attention to the foregoing.

      Respectfully submitted,

      FREEHILL HOGAN & MAHAR LLP

      Peter J. Gutowski

PJG:clc

cc:   <u>Via Email</u>
     Patrick Crilley, Esq.
     Law Office of Richard A. Zimmerman
     Attorney for Global Coal
     233 Broadway – Suite 2202
     New York, NY 10279